

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/23/2024 09:30 AM

COURTROOM 4C, 4th Floor

**HONORABLE JACOB BROWN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:23-bk-02624-JAB | 13 | 10/26/2023 |

**Chapter 13**

**DEBTOR:** Natoshia Gaines

Tameka Head

**DEBTOR ATTY:** Melanie Sacks

**TRUSTEE:** Douglas Neway

**HEARING:**

Confirmation Hearing
-Chapter 13 Plan Filed by Melanie J Sacks on behalf of Debtor Natoshia Denise Gaines, Joint Debtor Tameka Shonta Head Doc 20
-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor Credit Acceptance Corp. Doc 22
-Objection to Confirmation of Chapter 13 Plan Filed by Jennifer Laufgas on behalf of Creditor Fifth Third Bank, National Association Doc 23
-Objection to Confirmation of Plan Filed by Gerard M Kouri Jr on behalf of Creditor AmeriCredit Financial Services, Inc. DBA GM Financial Doc 24
-Objection to Confirmation of Chapter 13 Plan Filed by John J Freeman Jr. on behalf of Trustee Douglas W Neway Doc 26

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:** B/C rescheduled to April 9, 2024 @ 9:30 a.m. AOCNFN
Confirmation Hearing


-Chapter 13 Plan Filed by Melanie J Sacks on behalf of Debtor Natoshia Denise Gaines, Joint Debtor Tameka Shonta Head Doc 20

-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor Credit Acceptance Corp. Doc 22

-Objection to Confirmation of Chapter 13 Plan Filed by Jennifer Laufgas on behalf of Creditor Fifth Third Bank, National Association Doc 23

-Objection to Confirmation of Plan Filed by Gerard M Kouri Jr on behalf of Creditor AmeriCredit Financial Services, Inc. DBA GM Financial Doc 24

-Objection to Confirmation of Chapter 13 Plan Filed by John J Freeman Jr. on behalf of Trustee Douglas W Neway Doc 26
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.