

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/09/2024 09:30 AM

COURTROOM 4C, 4th Floor

**HONORABLE JACOB BROWN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **3:23-bk-02624-JAB** | **13** | **10/26/2023** |

**Chapter 13**

| | |
|---|---|
| **DEBTOR:** | Natoshia Gaines |
| | Tameka Head |
| **DEBTOR ATTY:** | **Melanie Sacks** |
| **TRUSTEE:** | **Douglas Neway** |

**HEARING:**

Rescheduled Confirmation Hearing
-First Amended Chapter 13 Plan Filed by Melanie J Sacks on behalf of Debtor Natoshia Denise Gaines, Joint Debtor Tameka Shonta Head Doc 31
-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor Credit Acceptance Corp. Doc 22
-Objection to Confirmation of Chapter 13 Plan Filed by Jennifer Laufgas on behalf of Creditor Fifth Third Bank, National Association Doc 23
-Objection to Confirmation of Plan Filed by Gerard M Kouri Jr on behalf of Creditor AmeriCredit Financial Services, Inc. DBA GM Financial Doc 24
-Objection to Confirmation of Chapter 13 Plan Filed by John J Freeman Jr. on behalf of Trustee Douglas W Neway Doc 26

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:** B/C rescheduled to June 18, 2024 @ 9:30 a.m. AOCNFN

Rescheduled Confirmation Hearing

-First Amended Chapter 13 Plan Filed by Melanie J Sacks on behalf of Debtor Natoshia Denise Gaines, Joint Debtor Tameka Shonta Head Doc 31

-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor Credit Acceptance Corp. Doc 22

-Objection to Confirmation of Chapter 13 Plan Filed by Jennifer Laufgas on behalf of Creditor Fifth Third Bank, National Association Doc 23

-Objection to Confirmation of Plan Filed by Gerard M Kouri Jr on behalf of Creditor AmeriCredit Financial Services, Inc. DBA GM

Financial Doc 24

-Objection to Confirmation of Chapter 13 Plan Filed by John J Freeman Jr. on behalf of Trustee Douglas W Neway Doc 26 Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.