

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/20/2024 09:30 AM

COURTROOM 4C, 4th Floor

HONORABLE JACOB BROWN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:23-bk-02624-JAB | 13 | 10/26/2023 |

**Chapter 13**

**DEBTOR:** Natoshia Gaines

Tameka Head

**DEBTOR ATTY:** Melanie Sacks

**TRUSTEE:** Douglas Neway

**HEARING:**

Rescheduled Confirmation Hearing
-Second Amended Chapter 13 Plan Filed by Melanie J Sacks on behalf of Debtor Natoshia Denise Gaines, Joint Debtor Tameka Shonta Head Doc 37
-Objection to Confirmation of Plan Filed by Gerard M Kouri Jr on behalf of Creditor AmeriCredit Financial Services, Inc. DBA GM Financial Doc 24
-Objection to Confirmation of Chapter 13 Plan Filed by John J Freeman Jr. on behalf of Trustee Douglas W Neway Doc 26
-Objection to Confirmation of Plan Filed by Kelli Swaney on behalf of Creditor U.S.A., Internal Revenue Service Doc 52

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:** B/C rescheduled to November 5, 2024 @ 9:30 a.m. AOCNFN
Rescheduled Confirmation Hearing

-Second Amended Chapter 13 Plan Filed by Melanie J Sacks on behalf of Debtor Natoshia Denise Gaines, Joint Debtor Tameka Shonta Head Doc 37

-Objection to Confirmation of Plan Filed by Gerard M Kouri Jr on behalf of Creditor AmeriCredit Financial Services, Inc. DBA GM Financial Doc 24

-Objection to Confirmation of Chapter 13 Plan Filed by John J Freeman Jr. on behalf of Trustee Douglas W Neway Doc 26

-Objection to Confirmation of Plan Filed by Kelli Swaney on behalf of Creditor U.S.A., Internal Revenue Service Doc 52
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.